67 So.2d 48

**STATE v. S. H. LEETH.**

**8 Div. 666.**

Supreme Court of Alabama.

Aug. 6, 1953.

Si Garrett, Atty. Gen., and H. Grady Tiller and Wm. H. Burton, Asst. Attys. Gen., for the petition.

J. W. Brown, Boaz, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of State v. Leeth, 67 So.2d 46.

Writ denied.

All the Justices concur.